**[6advncr]** [NOTICE CANCELLING OR RESCHEDULING]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                             Case No. 6–8–bk–4327–KSJ
                                                   Chapter 11

Mirabilis Ventures, Inc

_____Debtor(s)_____/

Mirabilis Ventures, Inc.


              Plaintiff(s)
                                                   Adv. Pro. No. 6:10–ap–00030–KSJ
vs.


Paul S Glover


_____Defendant(s)_____/

NOTICE CANCELLING AND RESCHEDULING PRETRIAL CONFERENCE HEARING

   THE RECORD reflects that a hearing on Complaint by Mirabilis Ventures, Inc. against Paul S Glover (Document No. 1 ) in the above−captioned adversary proceeding was previously scheduled and noticed for April 22, 2010 @ 10:00AM . This hearing is now cancelled.

   Notice is hereby given that this hearing is rescheduled for April 22, 2010 @ 2:00 PM. The hearing will take place in the same location as previously scheduled.


   Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.


   Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.


DATED on February 4, 2010 .

FOR THE COURT
Lee Ann Bennett, Clerk of Court
135 West Central Boulevard Suite 950
Orlando, FL 32801