

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

Wednesday
February 03, 2010

HONORABLE KAREN S. JENNEMANN                             COURTROOM B

CASE NUMBER: 08-04327-6J1   FILING DATE: 05/27/2008 (BAPCPA)   HEARING TIME: 02:00 P.M.

Adversary: 10-00030

DEBTOR: MIRABILIS VENTURES, INC                  Pltf atty:
                                                 Deft atty:

HEARING:

MIRABILIS VENTURES, INC. V. GLOVER

APPEARANCES:

ERIC ADAMS: D'OR
RONALD CUTLER
RANDY GOLD: UNITED STATES
ANITA CREAM: UNITED STATES
PETER HILL: CREDITOR
PAUL GLOVER: CREDITOR
MELISSA YOUNGMAN: CREDITOR
ROY KOBERT: SP. COUNSEL
RICHARD LEE BARRETT

RULING:

ORE TENUS MOTION BY MIRABILIS VENTURES, INC. TO CONSOLIDATE ADVERSARY PROCEEDING 6:10-AP-30 WITH THE OBJECTIONS TO CLAIMS (DOC ## 326 AND 327 FILED IN MAIN CASE) IS GRANTED; PRETRIAL CONFERENCE SCHEDULED FOR 4/22/10 AT 2:00 PM: ORDER BY SHUKER