UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**In Re:**

**MIRABILIS VENTURES, INC.,**

    **Debtor.**
_____/

**CASE NO.: 6:08-bk-04327-KSJ**

**CHAPTER 11**

**MIRABILIS VENTURES, INC.,**

    **Plaintiff,**

**v.**

**PAUL S. GLOVER,**

    **Defendant.**
_____/

**Adv. Pro. No.: 6:10-ap-00030-KSJ**

**ORDER GRANTING *ORE TENUS* MOTION TO CONSOLIDATE
ADVERSARY WITH OBJECTIONS TO CLAIMS**

**THIS CASE** came on for hearing on February 3, 2010 ("Hearing"), on the *ore tenus* motion of Mirabilis Ventures, Inc.'s ("Plaintiff") to consolidate adversary ("Motion to Consolidate") with the Objections to Claims (Doc. Nos. 326 and 327 filed in Case No. 6:08-bk-04327, the Mirabilis Ventures, Inc. bankruptcy case) ("Claim Objections"). Upon consideration of the Motion and the proffer by Plaintiff's counsel, and having heard from all interested parties present at the Hearing, it is

    **ORDERED:**

    1.    The Motion to Consolidate is granted.

2. The Claim Objections are hereby consolidated into the instant adversary proceeding.

3. A pretrial conference is scheduled for **April 22, 2010, at 2:00 p.m.** at the United States Bankruptcy Court, 5th Floor, Courtroom B, 135 W. Central Blvd., Orlando, Florida 32801.

**DONE AND ORDERED on February 24, 2010.**

_____
**KAREN S. JENNEMANN**
United States Bankruptcy Judge

Copies to:

Plaintiff: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751;

Plaintiff's Counsel: R. Scott Shuker, Esq., Latham, Shuker, Eden & Beaudine, LLP, PO Box 3353, Orlando, Florida 32802-3353;

Defendant: Paul S. Glover, 1312 Winter Springs Blvd., Winter Spring, FL 32708; and

The Office of the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801.