UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

MIRABILIS VENTURES, INC.,

    Debtor.
_____/

CASE NO.: 6:08-bk-04327-KSJ

CHAPTER 11

MIRABILIS VENTURES, INC.,

    Plaintiff,

v.

PAUL GLOVER, individually,

    Defendant.
_____/

Adv. Pro. No.: 6:10-ap-00030-KSJ

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

The Plaintiff, Mirabilis Ventures, Inc. (the "Plaintiff"), by and through its undersigned counsel and Paul Glover, *pro se*, pursuant to Bankruptcy Rule 7041(a)(1)(A)(ii), hereby submit their Joint Stipulation for Dismissal with Prejudice of all counts against Paul Glover in this adversary proceeding.

Dated this 9th day of April 2010.

_____
Paul Glover, *pro se*
1312 Winter Springs Blvd.
Winter Springs, Florida 32708

/s/ Mariane L. Dorris
Mariane L. Dorris, Esq.
Florida Bar No. 0173665
mdorris@lseblaw.com
Justin M. Luna
Florida Bar No. 0037131
Latham, Shuker, Eden & Beaudine, LLP
390 North Orange Avenue, Suite 600
Orlando, Florida 32801
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
Attorneys for Debtor/Plaintiff

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

MIRABILIS VENTURES, INC.,

    Debtor.
_____/

MIRABILIS VENTURES, INC.,

    Plaintiff,

v.

PAUL GLOVER, individually,

    Defendant.
_____/

CASE NO.: 6:08-bk-04327-KSJ

CHAPTER 11

Adv. Pro. No.: 6:10-ap-00030-KSJ

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing **Notice of Voluntary Dismissal** has been furnished, by either electronic transmission and/or first class U.S. Mail, postage prepaid, to: Mirabilis Ventures, Inc., c/o R. W. Cuthill, Jr., President, 341 N. Maitland Ave., Ste. 210, Maitland, Florida 32751; Paul S. Glover, 1312 Winter Springs Boulevard, Winter Springs, Florida 32708; I. Randall Gold, United States Attorney's Office, 501 West Church Street, Suite 300, Orlando, Florida 32805; the Local Rule 1007-2 parties-in-interest, as shown on the attached matrix; and the Office of the U.S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801 on this 14th day of April 2010.

                                        /s/ Mariane L. Dorris
                                        Mariane L. Dorris, Esquire