

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

Thursday
April 22, 2010

**HONORABLE KAREN S. JENNEMANN**  COURTROOM B

CASE NUMBER: 08-04327-6J1    FILING DATE: 05/27/2008 (BAPCPA)    HEARING TIME: 02:00 P.M.

Adversary: 10-00030

DEBTOR: MIRABILIS VENTURES, INC            Pltf atty:
                                           Deft atty:

HEARING:

MIRABILIS VENTURES, INC. -V- PAUL S. GLOVER

"PRETRIAL CONFERENCE"

.

APPEARANCES:

MARIANNE DORIS: MIRABILIS

RULING:

MATTERS ARE SETTLED; ADVERSARY PROCEEDING IS DISMISSED: ORDER BY DORIS

prorpt2