UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

MIRABILIS VENTURES, INC.,

    Debtor.
_____/

MIRABILIS VENTURES, INC.,

    Plaintiff,

v.

PAUL GLOVER, individually,

    Defendant.
_____/

CASE NO.: 6:08-bk-04327-KSJ

CHAPTER 11

Adv. Pro. No.: 6:10-ap-00030-KSJ

## ORDER GRANTING DISMISSAL WITH PREJUDICE

**THIS ADVERSARY PROCEEDING** came on for hearing on April 22, 2010, for the pretrial conference for Mirabilis Ventures, Inc. v. Paul Glover (the "Adversary Proceeding"). Having heard from all interested parties present at the Hearing, it is

**ORDERED:**

1.    All matters are hereby settled.

2.    The Adversary Proceeding is dismissed, with prejudice.

**DONE AND ORDERED on May 10, 2010.**

_____
**KAREN S. JENNEMANN**
United States Bankruptcy Judge

1

Copies to:

Plaintiff: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, 341 N. Maitland Ave., Ste. 210, Maitland, Florida 32751;

Plaintiff's Counsel: R. Scott Shuker, Esq., Latham Shuker Eden & Beaudine, LLP, P.O. Box 3353, Orlando, Florida 32802-3353; and

Defendant: Paul S. Glover, 1312 Winter Springs Boulevard, Winter Springs, Florida 32708.